O. T. Carpenter, Plaintiff in Error, v. D. C. Alexander, Defendant in Error.

Writ of error dismissed on motion of counsel for Defendant in Error.

*Chas. H. Crim,* for Plaintiff in Error.

*W. F. Maurer,* for Defendant in Error.

Harry Williams, Plaintiff in Error, v. State of Florida, Defendant in Error.

Writ of error dismissed on motion of counsel for Defendant in Error.